United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

Nos. 97-1208/2077
_____

Jeffrey Barge,                                      *
                                                    *
          Plaintiff - Appellant,                    *
                                                    *
     v.                                             *
                                                    *
Knight Ridder Corp.; Seattle Times       *  Appeals from the United States
Co., T.A.; Blethen Corp.; BRJG           *  District Court for the
Publishing, Inc.; Minnesota Law          *  District of Minnesota.
and Politics, T/A; West Publishing       *       [UNPUBLISHED]
Company; Mead Data Central, Inc.;        *
Reed Elsevier, PLC; Brett Johnson;       *
William White; Michele Matassa           *
Flores; John Doe, 1-100,                 *
                                         *
          Defendants - Appellees.        *

_____

Submitted: April 15, 1998
Filed: April 24, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Jeffrey Barge appeals the district court's[1] orders dismissing his diversity suit. After reviewing the parties' submissions and following our de novo review, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.  We deny Barge's motion for sanctions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.